# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0672. RODOLFO TARANGO v. THELMA DILLARD GRAY.**

Rodolfo Tarango, while represented by the law firm of Farah and Farah, sued Thelma Dillard Gray. Tarango voluntarily dismissed that action. Attorney Kevin Elwell left Farah and Farah and, acting as sole counsel for Tarango, filed a renewal action against Gray. Farah and Farah filed an attorney lien in the case for services rendered on behalf of Tarango, and Tarango moved to cancel the attorney lien filed by Farah and Farah. The trial court denied the motion, and Tarango filed this direct appeal. We lack jurisdiction.

The underlying case remains pending in the trial court, and it is apparent from the face of the order that it is not a final judgment within the meaning of OCGA § 5-6-34 (a). Because the order is interlocutory, Tarango was required to follow the discretionary appeal procedures of OCGA § 5-6-34 (b). Tarango's failure to follow these procedures deprives this Court of jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  01/06/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*